```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

STEVEN L. SMITH,
          Plaintiff,

     v.                               CIVIL ACTION NO.
                                      23-cv-10518-PBS

OFFICER DJOEN "D.J.",
SUPT. PETER MONTEIRO, MAJOR MURPHY
LT. CAHOON, LT. BISHOP,
MR. DIETRICH TRINTY FOODS SUPERVISOR,
LT LANGSTON, C.O. PAINI, C.O. PRICE,
C.O. BULMER, C.O. VASSCA, C.O. LEDDIN,
C.O. DAVIS, C.O. CHESBRO,

          Defendants.
```

**ORDER**

**SARIS, D.J.**                                          **June 14, 2023**

1. Plaintiff Steven L. Smith's ("Smith") Motion in Support of Complaint (ECF No. 44) is construed as a motion to amend the complaint which is hereby **ALLOWED** only to the extent that the document entitled "(**FINAL**) Amended Complaint" (ECF No. 43) is deemed the operative amended complaint in this action. Because the Amended Complaint supersedes the earlier complaint, they are no longer operative, and therefore Nurse Silva is dismissed without prejudice. The parties shall be listed as set forth above in the caption to this order. As with the earlier complaint, the Amended Complaint is dismissed in part pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii), to the extent that the Amended Complaint might be construed to seek monetary damages

1

against any of the defendants under 42 U.S.C. § 1983 in their official -- as opposed to personal -- capacities under principles of Eleventh Amendment sovereign immunity as discussed previously.  See Order, ECF No. 16.  Smith's Motion in Support to Prove Inability to Exhaust Administrative Remedies and Supplement the Complaint, ECF No. 13, and Motion in Support of Complaint at ECF No. 28 are each DENIED without prejudice as MOOT.

   2.   Smith's requests for injunctive relief, summary judgment, and requests for video conferences (ECF Nos. 22, 33, 37, 40, 42) shall be served by Smith upon the defendants with the Amended Complaint.  The Court is not inclined to rule on any pending motions for injunctive relief or otherwise in an ex-parte manner.  After the Amended Complaint and motions have been served, and defendants respond to the Amended Complaint and the motions, the Court will determine how to proceed.  Of course, if Smith wishes to withdraw any motion he may do so by notifying the Court.

   3.   Summonses shall issue as to all defendants listed in the Amended Complaint, as set forth in the caption above.  The Clerk shall issue provide summonses and a copy of the Amended Complaint (ECF No. 43) and motions at (ECF Nos. 22, 33, 37, 40, 42) to Smith, who must thereafter serve these documents on the defendants in accordance with Federal Rule of Civil Procedure

4(m). Smith may elect to have service made by the United States Marshals Service. If directed by Smith to do so, the United States Marshals Service shall serve the summonses, complaint, and this Order upon the defendants, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States. Notwithstanding this Order to the United States Marshals Service, it remains Smith's responsibility to provide the United States Marshals Service with all necessary paperwork and service information. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 90 days from the date of this Order to complete service.

    4.   Smith must now proceed with this Amended Complaint in this action.  Further motions to amend or supplement the Amended Complaint will not likely be entertained until after the Amended Complaint is served and the defendants respond to the Amended Complaint and to the pending motions.  The time for service will <u>not</u> be extended by further attempts by Smith to supplement or amend the complaint.

    5.   Failure to comply with this order will likely result in dismissal of this action.

**So Ordered.**

                                    /s/ Patti B. Saris
                                    UNITED STATES DISTRICT JUDGE